1  MARTHA LUEMERS (SBN 104658)
   E-MAIL: luemers.martha@dorsey.com
2  DORSEY & WHITNEY LLP
   305 Lytton Ave.
3  Palo Alto, CA 94301
   Telephone: (650) 857-1717
4  Facsimile: (650) 857-1288

5  PAUL T. MEIKLEJOHN (*Pro Hac Vice*)
   E-Mail: meiklejohn.paul@dorsey.com
6  DOUGLAS F. STEWART (*Pro Hac Vice*)
   E-Mail: stewart.douglas@dorsey.com
7  DORSEY & WHITNEY LLP
   701 Fifth Avenue, Suite 6100
8  Seattle, WA 98104
   Telephone: (206) 903-8800
9  Facsimile: (206) 903-8820

10 *Attorneys for Defendants*
   *Toshiba Corporation and*
11 *Toshiba America Information Systems*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>            Plaintiff,<br><br>v.<br><br>TOSHIBA CORP. AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC,<br><br>            Defendants. | CASE NO. 12-cv-00659-WHO<br><br>**STIPULATION AND ORDER EXTENDING THE DATE FOR SERVICE OF INVALIDITY CONTENTIONS AND CLAIM CONSTRUCTION**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Civil Local Rules 6-2 and 7-12, Defendants Toshiba Corporation and Toshiba America Information Systems, Inc. ("Toshiba") and Plaintiff Innovus Prime LLC ("Innovus") (collectively "the Parties"), hereby stipulate to and request an order extending the due date for Toshiba to serve its invalidity contentions in this matter, and also stipulate to and request an extension of claim construction deadlines. This is the second request for a modification of time for service of invalidity contentions. Schuettenhelm Decl. at ¶ 3. On March 12, 2013, the Parties stipulated to an extension of the date for service of invalidity contentions until after the

Court decided Toshiba's First Motion to Strike Innovus's Infringement Contentions. *Id*. at ¶ 4. On May 10, 2013, the Court granted Toshiba's Motion to Strike Innovus's First Amended Infringement Contentions, and ordered Innovus to serve another set of amended infringement contentions. *Id*. at ¶ 5. The Court also ordered Toshiba to serve its invalidity contentions and accompanying production "45 days after receipt of Innovus's amended infringement contentions." *Id*. ¶ 6. Pursuant to the Court's Order, Toshiba's invalidity contentions are presently due on August 5, 2013. *Id*. at ¶ 8.

Toshiba is now preparing to file a Motion to Strike Innovus's Supplemental Amended Infringement Contentions ("Second Motion to Strike"). *Id*. at ¶ 9. Under the Patent Local Rules, service of invalidity contentions is predicated on the service of infringement contentions, (Patent Local Rule 3-3), and, as discussed in Toshiba's Original Motion to Strike, courts in this district generally stay defendant's discovery obligations, including service of invalidity contentions, until issues regarding the sufficiency of infringement contentions are resolved. Dkt. No. 33 at 18. Thus, Toshiba's Second Motion to Strike will request that discovery be stayed until the Motion is resolved. Schuettenhelm Decl. at ¶ 10.

However, pursuant to Civil Local Rule 7-2, a hearing on the Second Motion to Strike cannot be scheduled until after the August 5, 2013, due date for filing invalidity contentions. *Id*. at ¶ 11. As a result, the presently requested modification will provide time for the Parties to complete the briefing on Toshiba's Second Motion to Strike, as well as for the Court to render its decision on the Second Motion to Strike. *Id*. at ¶ 12. Absent an extension, Toshiba will be placed in the position of having to provide its invalidity contentions before the hearing on the sufficiency of Innovus's infringement contentions. *Id*.

In addition, the current schedule for this case provides deadlines for claim construction activities predicated on the service of infringement contentions and invalidity contentions. *See* Patent Local Rules 4-1 – 4-5. Accordingly, the parties further request that the Court extend the claim construction deadlines based on the outcome of Toshiba's Second Motion to Strike. The presently requested extension will provide time for the Court to render its decision on Toshiba's

Second Motion to Strike, which Toshiba believes should be dispositive of the case, and will allow the parties to align the claim construction deadlines with the requirements of the Patent Local Rules. Schuettenhelm Decl. at ¶ 13. Absent an extension, the parties will be placed in the position of having claim construction occur before invalidity contentions are served, contrary to the Patent Local Rules. *Id.*

Accordingly, it is hereby stipulated and agreed to extend the deadlines for invalidity contentions and claim construction pending resolution of Toshiba's Second Motion to Strike. The parties also agree that the claim construction deadlines shall be extended based on the date that Toshiba's invalidity contentions are due pursuant to the Patent Local Rules.

DATED: July 22, 2013              DORSEY & WHITNEY LLP

BY:     /S/ Paul T. Meiklejohn
PAUL T. MEIKLEJOHN (*Pro hac vice*)
EMail: meiklejohn.paul@dorsey.com
DOUGLAS F. STEWART (*Pro hac vice*)
EMail: stewart.douglas@dorsey.com
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

MARTHA LUEMERS (SBN 104658)
E-Mail: luemers.martha@dorsey.com
DORSEY & WHITNEY LLP
305 Lytton Ave.
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288

Attorneys for Defendant, Toshiba Corporation and Toshiba America Information Systems, Inc.

| | | |
|---|---|---|
| 1 | DATED:  July 22, 2013 | LAW OFFICES OF JOHN W. CARPENTER, LLC |
| 2 | | |
| 3 | | BY:     /S/   John Carpenter_____ |
| 4 | | JOHN W. CARPENTER (SBN 221708)<br>Law Office of John W. Carpenter, LLC<br>829 Baronne St. |
| 5 | | New Orleans, LA  70113<br>(415) 577-0698 |
| 6 | | john@jwcarpenterlaw.com |
| 7 | | Attorney for Plaintiff<br>Innovus Prime LLC |

Filer's Attestation of Concurrence by Signatory

I, Paul T. Meiklejohn, counsel for Toshiba Corporation and Toshiba America Information Systems, Inc., hereby attest that I have obtained the concurrence of John W. Carpenter in the filing of this document.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Paul T. Meiklejohn
　　　　　　　　　　　　　　　　　　　　　　　　PAUL T. MEIKLEJOHN

STIPULATION AND ORDER EXTENDING THE DATE FOR SERVICE OF INVALIDITY CONTENTIONS - Case No. 12-cv-00659-WHO

-5-

**PURSUANT TO STIPULATION IT IS ORDERED THAT** the August 5, 2013, due date for service of Toshiba's invalidity contentions is hereby extended pending the resolution of Toshiba's Motion to Strike Plaintiff's Supplemental Infringement Contentions.  The Court further extends the claim construction deadlines pending resolution of Toshiba's Motion to Strike Plaintiff's Supplemental Infringement Contentions.  The claim construction deadlines shall be extended based on the date that Toshiba's invalidity contentions are due pursuant to the Patent Local Rules.

DATED this 23rd day of July, 2013.

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE