United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  INNOVUS PRIME LLC,

    Plaintiff,

Case No. 12-cv-00659-WHO

v.

**ORDER VACATING DATES**

TOSHIBA CORPORATION, et al.,

Re: Dkt. No. 67

    Defendants.

The parties, through their counsel, advised the Court that they have agreed to a settlement in principle. Dkt. No. 67. In light of that notice, the hearings scheduled in this matter through September 30, 2013 are VACATED. The parties are directed to file a notice of dismissal within 30 days of the date of this order or to attend a Case Management Conference in person on October 1, 2013 and show good cause why the case should not be dismissed. **IT IS SO ORDERED**.

Dated: August 27, 2013

_____
WILLIAM H. ORRICK
United States District Judge