MARTHA C. LUEMERS   (SBN 104658)
DORSEY & WHITNEY LLP
305 Lytton Ave.
Palo Alto, CA 94301
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-Mail:    efilingpa@dorsey.com
           luemers.martha@dorsey.com

PAUL T. MEIKLEJOHN
*Pro hac vice*
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 9104
Telephone:  (206) 903-8800
Facsimile:  (206) 903-8820
E-Mail:    meiklejohn.paul@dorsey.com

Attorneys for Defendants
Toshiba Corporation
Toshiba America Information Systems

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC, | CASE NO. 12-cv-00659-WHO |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR CONTINUING THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| LG ELECTRONICS INC., *et al.*, | **Judge: Honorable William H. Orrick** |
| Defendant. | |

Having considered the Joint Motion for Continuing the Case Management Conference.

IT IS HEREBY ORDERED THAT the Joint Motion for Continuing the Case Management Conference is GRANTED and the Case Management Conference set for October 29, 2013 is continued to November 12, 2013.

DATED:  October 28, 2013

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

-1-
**ORDER GRANTING JOINT MOTION FOR CONTINUING THE CASE MANAGEMENT CONFERENCE - Case No. 12-cv-00659-WHO**