| | |
|---|---|
| 1 | MARTHA C. LUEMERS   (SBN 104658) |
|   | DORSEY & WHITNEY LLP |
| 2 | 305 Lytton Ave. |
|   | Palo Alto, CA 94301 |
| 3 | Telephone:  (650) 857-1717 |
|   | Facsimile:  (650) 857-1288 |
| 4 | E-Mail:  efilingpa@dorsey.com |
|   |             luemers.martha@dorsey.com |
| 5 | |
|   | PAUL T. MEIKLEJOHN |
| 6 | *Pro hac vice* |
|   | DORSEY & WHITNEY LLP |
| 7 | 701 Fifth Avenue, Suite 6100 |
|   | Seattle, WA 9104 |
| 8 | Telephone:  (206) 903-8800 |
|   | Facsimile:  (206) 903-8820 |
| 9 | E-Mail:  meiklejohn.paul@dorsey.com |
| 10 | Attorneys for Defendants |
|   | Toshiba Corp. |
| 11 | Toshiba America Information Systems |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC, | CASE NO. 12-cv-00659-WHO |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF CLAIMS BETWEEN INNOVUS PRIME AND TOSHIBA** |
| v. | |
| LG ELECTRONICS INC., *et al.*, | **Judge: Honorable William H. Orrick** |
| Defendant. | |

IT IS HEREBY STIPULATED by Plaintiff Innovus Prime LLC ("Innovus Prime") and Defendants Toshiba Corporation and Toshiba America Information Systems, Inc. (collectively "Toshiba"), pursuant to Fed. R. Civ. P. 41(a)(1) and (2), that the Court may enter an order dismissing this case, including Innovus Prime's claims against Toshiba, WITH PREJUDICE. Each party shall bear its own costs, expenses and attorney's fees.

-1-

**STIPULATION AND ORDER OF DISMISSAL OF CLAIMS BETWEEN INNOVUS PRIME AND TOSHIBA - Case No. 12-cv-00659-WHO**

DATED:  November 8, 2013				DORSEY & WHITNEY LLP

						By:	  /S/ *Paul T. Meiklejohn*
							PAUL T. MEIKLEJOHN (WSBA 17477)
							DORSEY & WHITNEY LLP
							701 Fifth Avenue, Suite 6100
							Seattle, WA 9104
							Telephone:  (206) 903-8800
							Facsimile:  (206) 903-8820
							meiklejohn.paul@dorsey.com
							Attorneys for Defendants
							Toshiba Corp.
							Toshiba America Information Systems


DATED:  November 8, 2013				LAW OFFICES OF JOHN W. CARPENTER, LLC

						By:	  /S/ *John W. Carpenter*
							JOHN W. CARPENTER (SBN 221708)
							Law Office of John W. Carpenter, LLC
							12 Metairie Court
							Metairie, LA  70001-3032
							(415) 577-0698
							john@jwcarpenterlaw.com
							Attorneys for Plaintiff
							Innovus Prime LLC


<u>Filer's Attestation of Concurrence by Signatory</u>

I, Paul T. Meiklejohn, counsel for Toshiba Corporation, Toshiba America, Inc. and Toshiba America Information Systems, Inc. hereby attest that I have obtained the concurrence of John W. Carpenter in the filing of this document.

						By:	  /S/ *Paul T. Meiklejohn*
							PAUL T. MEIKLEJOHN

**STIPULATION AND ORDER OF DISMISSAL OF CLAIMS BETWEEN INNOVUS PRIME AND TOSHIBA - Case No. 12-cv-00659-WHO**

PURSUANT TO STIPULATION IT IS ORDERED THAT this litigation between Plaintiff Innovus Prime LLC and Defendants Toshiba Corporation and Toshiba America Information Systems, Inc. is hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

DATED this 11th day of November, 2013.

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF DISMISSAL OF CLAIMS BETWEEN INNOVUS PRIME AND TOSHIBA - Case No. 12-cv-00659-WHO**